■ In the Matter of BRADSHAW SAMUELS, Appellant, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, et al., Respondents.—Appeal from a judgment of the Supreme Court (Connor, J.), entered June 16, 1986 in Albany County, which, in a proceeding pursuant to CPLR article 78, granted respondents' motion to dismiss the petition for lack of jurisdiction.

Judgment affirmed, without costs, upon the opinion of Justice John G. Connor. Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.